UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

NORMAN J. BROUSSARD AND                                                        PLAINTIFFS
GENEVIEVE BROUSSARD

V.                                                                      CIVIL ACTION NO. 1:06cv6-LTS-RHW

STATE FARM FIRE AND CASUALTY COMPANY                                           DEFENDANT

**ORDER**

This Court entered a separate order on two of Defendant's motions *in limine* which are docketed at [72] and [73].  This order addresses those others filed by Defendant dealing with [71] bifurcation of trial proceedings; [74] precluding the mention of or introduction of evidence concerning motions to change venue filed by Defendant in this or any other cause of action; [75] precluding evidence of or reference to claims for punitive or extra-contractual damages prior to a finding of liability; [76] excluding evidence of or references to any grand jury or government investigation relating to Defendant's response to Hurricane Katrina; and [77] excluding evidence of any of Defendant's out-of-state conduct.  Plaintiffs responded to all of these motions; Defendant did not reply.

Plaintiffs have no objection to bifurcation of trial with respect to the coverage claim, on the one hand, and the punitive/extra-contractual damages, on the other.  They request only that they be allowed to address punitive damages in *voir dire*, which is reasonable.  If the jury is given a punitive damages instruction, all counsel will be able to make a separate statement on that issue.

Plaintiffs also have no objection to being precluded from mentioning or introducing evidence of motions for change of venue filed by Defendant; to the exclusion of evidence of or reference to any grand jury or government investigation involving Defendant; or to the exclusion of evidence of Defendant's out-of-state conduct.  Plaintiffs' only reservation on the motion to preclude evidence of or reference to claims for punitive or extra-contractual damages is the same one raised with respect to bifurcation: that allowance be made for this topic to be mentioned in *voir dire*.  This is likewise a reasonable request.

Accordingly, **IT IS ORDERED**:

Defendant's Motions [71], [74], [75], [76], and [77] *in limine* are **GRANTED IN PART** and **DENIED IN PART**, consistent with the above comments.  Plaintiffs may not mention or introduce evidence of motions for change of venue filed by Defendant in this or any other cause of action; may not refer to or introduce evidence regarding any grand jury or government

investigation involving Defendant; and may not introduce evidence or refer to Defendant's out-of-state conduct.  Plaintiffs will be allowed to address the issue of punitive/extra-contractual damages in *voir dire* subject to further direction from the Court.  The underlying coverage/contractual claim and the entitlement to punitive/extra-contractual damages will be determined in a bifurcated proceeding, with counsel being allowed to make statements at the beginning of each phase.

    **SO ORDERED** this the 28th day of December, 2006.


    S/ L. T. SENTER, JR.
    SENIOR JUDGE