UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

NORMAN J. BROUSSARD AND                                              PLAINTIFFS
GENEVIEVE BROUSSARD

V.                                                           CIVIL ACTION NO. 1:06cv6-LTS-RHW

STATE FARM FIRE AND CASUALTY COMPANY                         DEFENDANT

### ORDER

This Court entered separate orders [91] and [92] on several of Defendant's motions *in limine*. Since the entry of those orders, Defendant has filed a [93] motion to exclude the Fed. R. Civ. P. 30(b)(6) deposition testimony from a witness in a different cause of action. This witness and her potential deposition testimony are listed in the instant case's [88] Pretrial Order. Plaintiffs have no objection to Defendant's [93] motion; indeed, their attorneys indicate in [95] response that they would have agreed to withdraw the deposition excerpts if Defendant had voiced its objections to them.

Accordingly, **IT IS ORDERED**:

Defendant's Motion [93] to Exclude Fed. R. Civ. P. 30(b)(6) Deposition Testimony from a Separate Case (specifically, the deposition of witness Marsha Slaughter taken in *Williams v. State Farm Fire and Casualty Co.*, Civil Action No. 1:06cv55) is **GRANTED**. Plaintiffs may not mention or introduce said testimony in any way during trial proceedings in this cause of action.

**SO ORDERED** this the 4th day of January, 2007.

s/ *L. T. Senter, Jr.*

L. T. Senter, Jr.
Senior Judge