**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

**NORMAN BROUSSARD and
GENEVIEVE BROUSSARD**                                           **PLAINTIFFS**

**V.**         **CIVIL ACTION NO.1:06CV006 LTS-RHW**

**STATE FARM FIRE AND CASUALTY COMPANY**         **DEFENDANT**

## ORDER

In accordance with the Memorandum Opinion I have this day signed, it is hereby

**ORDERED**

That the motion [29] of State Farm Fire and Casualty Company for a change of venue is **DENIED**.

**SO ORDERED** this 31st day of January, 2007.

s/ L. T. Senter, Jr.

L. T. Senter, Jr.
Senior Judge