UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**NORMAN BROUSSARD and**
**GENEVIEVE BROUSSARD**                                                                **PLAINTIFFS**

**V.**                                                                    **CIVIL ACTION NO.1:06CV6 LTS-RHW**

**STATE FARM FIRE AND CASUALTY COMPANY**                                  **DEFENDANT**

ORDER

Upon due consideration of the motions pending in this action, it is hereby

**ORDERED**

That the motion [54] of State Farm Fire and Casualty Company to strike a document [36] filed inadvertently is hereby **GRANTED**, and Document 36 is hereby **STRICKEN FROM THE RECORD**;

That the motion [58] of State Farm Fire and Casualty Company for an Evidentiary Hearing on its motion [29] for Change of Venue is hereby **DENIED AS MOOT** in light of the Court's Order [110] Denying the Motion for a Change of Venue;

That the motion [62] of Norman J. Broussard and Genevieve Broussard To Strike the Affidavit and Declarations of Edward J. Bronson is hereby **DENIED AS MOOT**;

That the motion [97] of State Farm Fire and Casualty Company for Reconsideration of the Court's Order [90] Denying the Motion To Strike the testimony of James T. Slider is hereby **DENIED**.

**SO ORDERED** this 6th day of February, 2007.

s/ *L. T. Senter, Jr.*
L. T. Senter, Jr.
Senior Judge