UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**NORMAN BROUSSARD and**
**GENEVIEVE BROUSSARD**                                               **PLAINTIFFS**

**V.**                                                    **CIVIL ACTION NO.1:06CV006 LTS-RHW**

**STATE FARM FIRE AND CASUALTY COMPANY**                         **DEFENDANT**

## JUDGMENT ON JURY VERDICT

This action came on for trial before the Court and a jury, and the issues having been duly tried, I found, at the close of the evidence, in accordance with F.R.Civ.P. 50(a), that the plaintiffs are entitled to judgment as a matter of law with respect to their claim for insurance benefits under their policy.  After submitting the issue of punitive damages to the jury, the jury returned a verdict [104] awarding $2,500,000 in punitive damages.  By order [108] entered on January 31, 2007, I reduced the jury's award from $2,500,000 to $1,000,000.  Accordingly, it is hereby

**ORDERED and ADJUDGED**

That the plaintiffs Norman J. Broussard and Genevieve Broussard shall have of and recover from the defendant State Farm Fire and Casualty Company the sum of $211,222.00 as actual damages and the sum of $1,000,000 as punitive damages, with interest thereon at the rate of 5.07% per annum as provided by law, and their costs.

**JUDGMENT ENTERED** this 22nd day of February, 2007.

s/ *L. T. Senter, Jr.*
L. T. Senter, Jr.
Senior Judge